USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LIFE SERVICES SUPPLEMENTS, INC., and       :       03 Civ. 6030 (SHS)
KETO, LLC,                                 :
                                           :
                       Plaintiffs,         :
                                           :       OPINION AND ORDER
           -against-                       :
                                           :
NATURAL ORGANICS, INC.,                    :
                                           :
                       Defendant.          :
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A conference having been held today with counsel for both parties present,

     IT IS HEREBY ORDERED that

     1.     The parties are directed to proceed to mediation, before a mediator of the parties'

choosing, in an effort to resolve this dispute;

     2.     Defendant's motion for summary judgment on plaintiff's entitlement to damages

is due June 6, 2008;

     3.     Plaintiff's response is due June 27, 2008;

     4.     Defendant's reply is due July 7, 2008.

Dated: New York, New York
       March 7, 2008

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.

1